**Order entered December 3, 2021**



## In The
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-21-00864-CV

### IN RE TRACY NIXON, Relator

**Original Proceeding from the 301st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 00-14691T**

### ORDER
Before Justices Osborne, Reichek, and Smith

Based on the Court's opinion of this date, we **REINSTATE** relator's petition

for writ of mandamus and **DISMISS** the same.

/Craig Smith/
CRAIG SMITH
JUSTICE